S. J. Beaulieu, Jr.

433 Metairie Road, Suite 307
Metairie, Louisiana 70005

*CHAPTER 13 TRUSTEE*

(504) 831-1313

January 11, 2011

Ext 221

BAC HOME LOANS SERVICING LP
450 AMERICAN ST
SIMI VALLEY CA 93065

Re: CORLIS FAZANDE
Bankruptcy Case #10-13776 Court Claim #2
Account #3601

Gentlemen:

The United States Department of Justice has established certain requirements for bankruptcy claims secured by a debtor's residence. We have reviewed the claim detailed above, and have found that it does not comply with one or more of these requirements, as indicated below:

__✓__ There is no document attached to the claim supporting a perfected security interest.

__✓__ There is no itemization of pre-petition fees, costs, and other charges attached to the claim.

_____ The flat fee charged for review of the debtor's chapter 13 plan is unreasonably high.

_____ The fees, costs, and other charges are material and improper.

Since the members of the trustee's staff are not authorized to offer legal advice, you may wish to consult with an attorney about this letter.

Very truly yours,

S.J. BEAULIEU, JR.

by:________________

Attorney for Debtor:

TIMOTHY P KIRKPATRICK

CERTIFICATE OF SERVICE

I certify that a copy of this letter was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the pertinent creditor.

01/11/2011 by:________________