# United States Bankruptcy Court
Eastern District of Louisiana

| | |
|---|---|
| CORLIS FAZANDE<br>963 AVE B<br>WESTWEGO LA  70094 | 10-13776<br>Chapter 13<br>Section A |

## EX PARTE MOTION TO DISCONTINUE WITHHOLDING EARNINGS

NOW INTO COURT comes S. J. Beaulieu, Jr., Trustee, who respectfully requests that the previously-entered order to the debtor's employer to make deductions from the debtor's pay, and to remit the sums so deducted to the Trustee (pleading #17), be rescinded.  This request is occasioned as follows:

__X__ The case is now closed.

_____ The debtor is no longer employed by the subject employer.

_____ The order was requested by the debtor, who now requests that the deductions stop.

Employer:

LOOP LINEN SERVICE INC
ATTN PAYROLL DEPT
463 AVENUE A
WESTWEGO LA  70094

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

Attorney for debtor:

TIMOTHY P KIRKPATRICK

| CERTIFICATE OF SERVICE |
|---|
| I certify that this pleading was served by the court's electronic filing system upon the debtor's attorney, and by first class mail, prepaid, upon the debtor and the subject employer.<br><br>Sep 16, 2011   by: _/s/_ |